UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:12-cv-22786-JAL

William Cabrera,

    Plaintiff ,

vs.

Unlimited Used Auto Parts.

    Defendants.
_____/

**MEDIATOR'S MOTION FOR ORDER REQUIRING PAYMENT OF FEES**

    Martin A. Soll.,  Mediator in the above-captioned matter, hereby notifies the Court that the mediation fee in the sum of $328.13 due from Defendant at the time mediation occurred, on February 15, 2013,  has not been paid, despite numerous demands. Neither the Defendant, nor their counsel, Robert Abreu, Esq.., who is additionally responsible for payment of the mediation fee, has responded to numerous requests for payment. Additionally, the undersigned mediator has expended time in preparing this Motion, for which the mediator requests attorneys fees.

    WHEREFORE, Martin A. Soll, Esq., requests that the Court enter an Order requiring immediate payment of the mediation fee due from the Defendant and further requests that additional fees be awarded as a result of the necessity of filing this motion.

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing motion was emailed and mailed via U.S. Regular Mail on August 15, 2014: Robert Abreu, Esq., The Abreu Law Firm, LLC., 2340 S. Dixie Highway, Miami, FL 33133-2314, [robert@abreulaw.com].

    **s/John W. Salmon, Esq.**
Florida Bar No.: 271756
John@sd-adr.com, Martha@sd-adr.com
Salmon & Dulberg Dispute Resolution
19 W. Flagler Street, Suite 620
Miami, Florida 33130
Tel: 305-371-5490
Fax: 305-371-5492