UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:12-cv-22786-JAL

William Cabrera,

    Plaintiffs,

vs.

Unlimited Used Auto Parts, Inc.

    Defendant.

_____/

**NOTICE OF VOLUNTARY WITHDRAWAL OF**
**MEDIATOR'S MOTION FOR ORDER REQUIRING PAYMENT OF FEES**

COMES NOW, Martin A. Soll, Esq. of Salmon & Dulberg Dispute Resolution and files this Notice of Voluntary Withdrawal of Mediator's Motion for Order Requiring Payment of Fees. Payment of mediation fees have been satisfied.

I HEREBY CERTIFY that a true and correct copy of the above foregoing Notice of Voluntary Withdrawal was email and mailed via U.S. Regular Mail on September 12, 2014 to Robert Abreu, Esq., The Abreu Law Firm, LLC., 2340 S. Dixie Highway, Miami, FL 33133-2314, [robert@abreulaw.com]

    **s:/Martin A. Soll, Esq.**
    Florida Bar No.: 182067
    s/John W. Salmon, Esq.
    Florida Bar No.: 150320
    John@sd-adr.com, Martha@sd-adr.com
    Salmon & Dulberg Dispute Resolution
    19 W. Flagler Street, Suite 620
    Miami, Florida 33130
    Tel: 305-371-5490
    Fax: 305-371-5492